The next and last item on our calendar is Janice Best v. Duane Reade. I believe Duane Reade is on submission. Oh, I see. Duane Reade is here. Did not request time, but would—are you requesting it now since Janice Best has five minutes? Your Honor, I'm here to answer the Court's questions. If you have no questions for me, then I would rest on my papers. Thank you. Thank you. Thanks for coming. You can take the podium. It's a pleasure to be here as a pro se, so I just want to let you all know that I'm grateful to stand in front of you, of the judges, this morning. My name is Janice Best again. If I forgot, I'm sorry. I'm a little nervous, but I'm sincere. I'm requesting that the summary judgment be reversed because at the time that I was going through the system for help, I was jobless, and I couldn't afford a lawyer, so I had to do my best on my own. And then I got a good job, and I was able to get somebody to help me with my brief statement, someone that understood that I was treated differently because I was temporarily disabled, someone that believed in me. I suffered, but I still came to work. I arrived at that job because I didn't want to go back to the unemployment, and that was the right thing to do. Go to your doctor when the man told me you can't come back. Come back. I just asked to take my medicine that was given to me before I even got a restricted doctor's note. I had went to the doctor just because I wanted to continue to be able to work and function as a cashier. That's all. So he humiliated me so bad that when I went to get my medicine and I asked him, can I just take a break, he screamed out and he said, no, junior, can't help you take a break to take your medicine in front of all these people. I didn't want everybody to know I was sick, so I returned. The next time I came back to work, which probably was a day later with my doctor's note, because my doctor saw that I had inflammation in my shoulder. I didn't go there for a restricted doctor's note. I went there just so I could go back to work, but my doctor noticed that I worked with heavy objects that might be over 20 pounds and decided that I should be able to have restricted duties. I didn't know nothing about all this. All I wanted to do was not return to welfare. I wouldn't take any abuse, any abuse, until they fired me and got rid of me. That's what they did to me, and I stand here and I ask the courts to reverse that decision. I don't deserve that. Second of all, I arrived at my job, and my schedule would be changed. I said to the manager, I said, do you remember that now? Well, you know I melted in. I asked the other manager, assistant manager, I said, do you remember that I cleaned your bathrooms? Do you remember that I used my lunch break? Do you remember I used my 10-minute break to make sure that your customers, our customers at that time, it was ours, would be happy. So if anything that I could do for my company at that time, I did it. I arrived at work sick. I did everything to make sure that I make my job successful. And to come back after I get a restricted doctor's note, I didn't even understand that how I got fired. That's what's so humiliating. That's what's humiliating. This has been since 2012, and I stand here today, and I can still melt down from that because I did my best. And then they stripped the records. It's terrible. The attendants would show that I was leaving early. Which job would let you leave early? Which job? Every Friday. Time has expired. You had five minutes. We've heard your argument. We've read your papers. I'm going to ask Ms. Hogan if she has anything to add. You can take a seat. Your Honor, may it please the court, I have nothing to add. If you have any questions, I'm happy to answer them. I have no questions. Thank you. We'll decide the case in due time. That concludes our argument for today, so I will ask the clerk to adjourn court. Court is adjourned.